NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MOSAIC COMPANY,**
*Plaintiff-Appellant*

v.

**UNITED STATES, THE GOVERNMENT OF THE KINGDOM OF MOROCCO,**
*Defendants-Appellees*

**OCP S.A.,**
*Defendant-Cross-Appellant*

---

2026-1458, 2026-1460

---

Appeals from the United States Court of International Trade in No. 1:23-cv-00246-TCS, Senior Judge Timothy C. Stanceu.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated as appeal and cross-appeal, and thus one set of briefs should be filed for both appeals.  The revised official caption is reflected above.

Appellant's principal brief is due no later than April 21, 2026.

FOR THE COURT

March 4, 2026
Date

Jarrett B. Perlow
Clerk of Court