NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MOSAIC COMPANY,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, THE GOVERNMENT OF THE KINGDOM OF MOROCCO,**
*Defendants-Appellees*

**OCP S.A.,**
*Defendant-Cross-Appellant*

---

2026-1458, 2026-1460

---

Appeals from the United States Court of International Trade in No. 1:23-cv-00246-TCS, Senior Judge Timothy C. Stanceu.

---

**ON MOTION**

---

Before CUNNINGHAM, *Circuit Judge.*

**O R D E R**

The Mosaic Company moves to stay these appeals pending final resolution of *The Mosaic Company v. United States*, No. 21-00116 (Ct. Int'l Trade), and states the

United States consents to this motion. The Government of the Kingdom of Morocco and OCP S.A. separately oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is denied.

(2)  Mosaic Company's opening brief is due within 30 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 1, 2026
Date